

# Fourth Court of Appeals
## San Antonio, Texas

November 21, 2014

No. 04-14-00734-CV

Sandra **SAKS**, Lee Nick McFadin, III and Margaret Landen Saks,
Appellants

v.

**BROADWAY COFFEEHOUSE, LLC**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-17001
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Sitting:  Catherine Stone, Chief Justice
     Karen Angelini, Justice
     Sandee Bryan Marion, Justice
     Marialyn Barnard, Justice
     Rebeca C. Martinez, Justice
     Patricia O. Alvarez, Justice
     Luz Elena D. Chapa, Justice

  The court has considered the appellants' motion to reconsider en banc motion to suspend the judgment and to review order setting the amount of supersedeas bond, and the motion is DENIED.

_____
Catherine Stone, Chief Justice

  IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of November, 2014.

_____
Keith E. Hottle
Clerk of Court